UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
GARY DODSON,
          Pro Se Plaintiff,

  -against-                                02-cv-9270 (KMW)

                                            ORDER

CBS BROADCASTING INC., et al.

          Defendants.
--------------------------------------X
Wood, U.S.D.J.:

    Pro Se Plaintiff asks the Court to release Leona Beane, Esq., from her obligations as pro bono counsel for the purposes of mediation. The Court denies Plaintiff's request, because pro se matters are not eligible for mediation, unless the pro se litigant is represented by counsel solely for the purpose of mediation. <u>See</u> Local Civil Rule 83.12(e). Plaintiff has two choices: he may proceed to mediation with the assistance of counsel who can provide him with legal advice to help him assess the dollar value of his claims and work towards settlement, or he can notify the Court that he withdraws his consent to mediation.

    The Court encourages Plaintiff to take advantage of Ms. Beane's services at mediation and clarifies for Plaintiff the purpose of mediation; mediation is not about showing defense counsel how well Plaintiff will perform at trial,

but is about looking for "creative solutions to complex disputes often unavailable in traditional litigation." Local Civil Rule 83.12(a).

The Court hereby extends the deadline for filing the Pre-Trail Order from July 15, 2005 to August 5, 2005.

SO ORDERED.

Dated: New York, New York
June 28, 2005

*Kimba M. Wood*
Kimba M. Wood
United States District Judge

Copies of this Order have been mailed to Pro Se Plaintiff and counsel for Defendant.