UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                    :
GARY W. DODSON,                                     :        02 Civ. 9270 (RJH)
                                                    :
                          Plaintiff,                :        **ORDER**
                                                    :
              -against-                             :
                                                    :
CBS BROADCASTING Inc., et al.                       :
                                                    :
                          Defendants.               :
                                                    :
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

       The Court has received Defendants' letter dated January 30, 2008 and Plaintiff's

letter dated February 4, 2008.  The parties are directed to appear on March 17, 2008 at

1:30 p.m. in the Courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500

Pearl Street, New York, New York 10007, to address any unresolved issues relating to

the settlement reached at the December 17, 2007 conference.


SO ORDERED.

Dated: New York, New York
       February 18, 2008

                                          _____
                                          Richard J. Holwell
                                          United States District Judge